UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TAFARI MBADIWE and RACHEL MILLER on behalf of
themselves and all others similarly
situated, on behalf of themselves and all others similarly
situated,

                                    Plaintiff,                    Case No. 1:22-cv-09542-VSB

                          v.

AMAZON.COM, INC.,

                                    Defendant.

## [PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE*

The motion of AMY J. MAUSER for admission to practice *pro hac vice* in the above-

captioned action is GRANTED.

Applicant has declared that she is a member in good standing of the Bar of the District of

Columbia and that her contact information is as follows:

Amy J. Mauser
Paul, Weiss, Rifkind, Wharton & Garrison LLP
2001 K Street, NW
Washington, DC 20006-1047
Tel: (202) 223-7371
Fax: (202) 379-4077
amauser@paulweiss.com

Amy J. Mauser, having requested admission *pro hac vice* to appear for all purposes as counsel for

Defendant Amazon, Inc., in the above-entitled action;

**IT IS HEREBY ORDERED** that Amy J. Mauser is admitted to practice *pro hac vice* in

the above-captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including

the Rules governing discipline of attorneys.

Date: December 1, 2022

HON. VERNON S. BRODERICK
United States District Judge