UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TAFARI MBADIWE and RACHEL MILLER on behalf of themselves and all others similarly situated, on behalf of themselves and all others similarly situated,<br><br>         Plaintiff,<br><br>    v.<br><br>AMAZON.COM, INC.,<br><br>         Defendant. | Case No. 1:22-cv-09542-VSB |

### [PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE*

The motion of KAREN L. DUNN for admission to practice *pro hac vice* in the above-captioned action is GRANTED.

Applicant has declared that she is a member in good standing of the Bar of the District of Columbia and that her contact information is as follows:

 Karen L. Dunn
 Paul, Weiss, Rifkind, Wharton & Garrison LLP
 2001 K Street, NW
 Washington, DC 20006-1047
 Tel: (202) 223-7308
 Fax: (202) 379-4217

Karen L. Dunn, having requested admission *pro hac vice* to appear for all purposes as counsel for Defendant Amazon, Inc., in the above-entitled action;

**IT IS HEREBY ORDERED** that Karen L. Dunn is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Date: December 1, 2022

*Vernon Broderick*

HON. VERNON S. BRODERICK
United States District Judge