UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TAFARI MBADIWE and RACHEL MILLER on behalf of themselves and all others similarly situated, on behalf of themselves and all others similarly situated,<br><br>                      Plaintiff,<br><br>    v.<br><br>AMAZON.COM, INC.,<br><br>                      Defendant. | Case No. 1:22-cv-09542-VSB |

**[PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE***

The motion of WILLIAM A. ISAACSON for admission to practice *pro hac vice* in the above-captioned action is GRANTED.

Applicant has declared that he is a member in good standing of the Bar of the District of Columbia and that his contact information is as follows:

> William A. Isaacson
> Paul, Weiss, Rifkind, Wharton & Garrison LLP
> 2001 K Street, NW
> Washington, DC 20006-1047
> Tel: (202) 223-7313
> Fax: (202) 379-4937

William A. Isaacson, having requested admission *pro hac vice* to appear for all purposes as counsel for Defendant Amazon, Inc., in the above-entitled action;

**IT IS HEREBY ORDERED** that William A. Isaacson is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Date: December 1, 2022

*Vernon Broderick*

HON. VERNON S. BRODERICK
United States District Judge