PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064
TELEPHONE (212) 373-3000

WRITER'S DIRECT DIAL NUMBER
(202) 223-7308

WRITER'S DIRECT FACSIMILE
(202) 379-4217

WRITER'S DIRECT E-MAIL ADDRESS
kdunn@paulweiss.com

LONDON EC2V 7JU, UNITED KINGDOM
TELEPHONE (44 20) 7367 1600

535 MISSION STREET, 24TH FLOOR
SAN FRANCISCO, CA 94105
TELEPHONE (628) 432-5100

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
P.O. BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

500 DELAWARE AVENUE, SUITE 200
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

**APPLICATION GRANTED
SO ORDERED** [signature]
**VERNON S. BRODERICK
U.S.D.J.** 3/28/23

March 27, 2023

**Via ECF**

Hon. Vernon S. Broderick
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, NY 10007

Re: *Mbadiwe, et al. v. Amazon.com Inc.*, Case No. 1:22-cv-09542: Joint
Request to Enlarge Page Limits for Forthcoming Motion to Dismiss

Dear Judge Broderick:

In accordance with the Court's Order, entered on February 2, 2023, the deadline for Defendant Amazon.com, Inc. ("Amazon") to answer or otherwise respond to the First Amended Complaint is April 12, 2023. Pursuant to Rule 4(B) of the Court's Individual Rules & Practices in Civil Cases, Amazon respectfully requests an enlargement of page limits for the briefing on its forthcoming motion to dismiss. Plaintiffs consent to this request.

The First Amended Complaint contains 31 counts under the laws of 29 different states. Amazon intends to move for dismissal on all 31 counts. Due to the large number of relevant statutory provisions and corresponding caselaw at issue, it will be challenging for the parties to sufficiently address the relevant arguments within the current page limit of 25 pages for memoranda of law in support of and in opposition to motions and 10 pages for reply memoranda.

Doc#: US1:18016057v1

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

2

   Accordingly, after meeting and conferring on this issue, Amazon and the Plaintiffs both agree an enlargement is necessary. With Plaintiffs' consent, Amazon proposes the following page limits for the memoranda of law to be filed in connection with Amazon's forthcoming motion to dismiss:

- Amazon's Motion to Dismiss: 40 pages
- Plaintiffs' Opposition Brief: 40 pages
- Amazon's Reply Brief: 20 pages

   The proposed modest enlargements are to enable the parties to adequately and sufficiently brief the relevant arguments.

   The parties appreciate the Court's consideration of this request.

Respectfully submitted,

/s/Karen L. Dunn
Karen L. Dunn
Counsel for Defendant Amazon.com, Inc.

cc: All counsel of record (via ECF)