UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MBADIWE, *et al.*,

Plaintiffs,

- against -

AMAZON.COM, INC.,

Defendant.

22-CV-9542 (VSB)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

I am in receipt of the Motion to Lift Stay and for Leave to File Second Amended Class Action Complaint, (Docs. 91–93), which counsel Gordon Ball ("Mr. Ball") purported to file on behalf of named plaintiffs Tafari Mbadiwe and Rachel Miller. I am also in receipt of an improper email submission by Mr. Ball dated November 10, 2026, which is not part of the record and will not be considered. Finally, I am in receipt of several responsive submissions that were properly filed through ECF. (Docs. 94–97.) Both Defendant and the named plaintiffs have indicated that they intend to oppose the relief Mr. Ball seeks by November 19, 2026. (*See* Docs. 94 at 1; 95 at 1.)

Recognizing that the operative stay and procedural schedule were entered pursuant to a joint stipulation between the parties, (Doc. 89), I am not inclined to lift the stay or otherwise modify the procedural schedule pursuant to a unilateral request by counsel for plaintiffs, particularly given the concerning allegations that Mr. Ball purported to file on behalf of the named plaintiffs without obtaining their consent. Instead, I will await the forthcoming

submissions by Defendant and named plaintiffs, which should address their views as to the proper next steps in this litigation in light of the concerns Mr. Ball raises. Any reply by Mr. Ball shall be filed no later than November 25, 2026.

SO ORDERED.

Dated: November 16, 2026
New York, New York

Vernon Broderick

Vernon S. Broderick
United States District Judge